UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

WEST 125TH STREET LIQUORS,

                Debtor .
-----------------------------------------------------------X
ALBERT TOGUT, Not Individually But
Solely In His Capacity as Chapter 7 Trustee
of the Estate of West 125th Street Liquors,

                Plaintiff,

    v.

MARIA FIGUEROA,

                Defendant.
-----------------------------------------------------------X

Chapter 7

Case No.: 15-13010 (SMB)

Adv. Pro. No. 17-01214 (SMB)

**DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES TO THE
COMPLAINT TO AVOID AND
RECOVER TRANSFERS**

      Defendant MARIA FIGUEROA by and through the undersigned attorneys do hereby file her Answer and Affirmative Defenses to the Complaint to Void and Recover Transfers and allege as follows:

      1.    Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "1" of the Complaint.

      2.    Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "2" of the Complaint.

      3.    Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "3" of the Complaint.

      4.    Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "4" of the Complaint.

5. Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "5" of the Complaint.

6. Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "6" of the Complaint.

7. No response is required as to the allegations contained in Paragraph "7" of the Complaint to the extent it sets forth a legal conclusion.

8. No response is required as to the allegations contained in Paragraph "8" of the Complaint to the extent it sets forth a legal conclusion.

9. Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "9" of the Complaint.

10. Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "10" of the Complaint.

11. Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "11" of the Complaint.

12. Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "12" of the Complaint.

13. Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "13" of the Complaint.

14. Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "14" of the Complaint.

15. Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "15" of the Complaint.

16. Denies the allegations contained in Paragraph "16" of the Complaint.

17. Denies the allegations contained in Paragraph "17" of the Complaint.

18. Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "18" of the Complaint.

19. Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "19" of the Complaint.

20. Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "20" of the Complaint.

21. Denies the allegations contained in Paragraph "21" of the Complaint.

22. Denies the allegations contained in Paragraph "22" of the Complaint.

23. Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "23" of the Complaint.

24. Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "24" of the Complaint.

25. Denies the allegations contained in Paragraph "25" of the Complaint.

26. Denies the allegations contained in Paragraph "26" of the Complaint.

27. Denies the allegations contained in Paragraph "27" of the Complaint.

28. Denies the allegations contained in Paragraph "28" of the Complaint.

29. Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "29" of the Complaint.

30. Admit the allegations contained in Paragraph "30" of the Complaint.

31. Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "31" of the Complaint.

32. Denies the allegations contained in Paragraph "32" of the Complaint.

33. Defendant repeats, reiterates and realleges each and every response to Paragraphs "1" through "33" of the Complaint as if set forth fully herein.

34. Denies the allegations contained in Paragraph "34" of the Complaint.

35. Legal conclusion language re Paragraph "35".

36. Denies the allegations contained in Paragraph "36" of the Complaint.

37. Denies the allegations contained in Paragraph "37" of the Complaint.

38. Denies the allegations contained in Paragraph "38" of the Complaint.

39. Denies the allegations contained in Paragraph "39" of the Complaint.

40. Denies the allegations contained in Paragraph "40" of the Complaint.

41. Lacks sufficient information in order to either admit or deny the allegations set forth in Paragraph "41" of the Complaint.

42. Denies the allegations contained in Paragraph "42" of the Complaint.

43. Defendant repeats, reiterates and realleges each and every response to Paragraphs "1" through "43" of the Complaint as if set forth fully herein.

44. Denies the allegations contained in Paragraph "44" of the Complaint.

45. Denies the allegations contained in Paragraph "45" of the Complaint.

46. Denies the allegations contained in Paragraph "46" of the Complaint.

47. Defendant repeats, reiterates and realleges each and every response to Paragraphs "1" through "47" of the Complaint as if set forth fully herein.

48. Denies the allegations contained in Paragraph "48" of the Complaint.

49. Denies the allegations contained in Paragraph "49" of the Complaint.

50. Denies the allegations contained in Paragraph "50" of the Complaint.

51. Defendant repeats, reiterates and realleges each and every response to Paragraphs "1" through "51" of the Complaint as if set forth fully herein.

52. Denies the allegations contained in Paragraph "52" of the Complaint.

53. Denies the allegations contained in Paragraph "53" of the Complaint.

54. Defendant repeats, reiterates and realleges each and every response to Paragraphs "1" through "54" of the Complaint as if set forth fully herein.

55. Denies the allegations contained in Paragraph "55" of the Complaint.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

56. Any and all payments by the Debtor to the Defendant were for adequate consideration and/or payment of a debt and were not priority payments or otherwise recoverable by or on behalf of the Debtor's estate.

Dated: New York, New York
November 27, 2017

Respectfully submitted,

DUNNINGTON, BARTHOLOW & MILLER LLP

By: _____
Robert N. Swetnick, Esq. (6443)
*Attorneys for Defendant Maria Figueroa*
250 Park Avenue, 11th Floor
New York, New York 10177
Phone: (212) 349-2800

-5-